IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOREN CURTIS SAWYER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D13-5001

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed August 8, 2014.

An appeal from the Circuit Court for Alachua County.
Thomas M. Jaworski, Judge.

Nancy A. Daniels, Public Defender, David A. Davis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.